# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4633

_____

RICKY CHITTY,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____


On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

June 11, 2019


PER CURIAM.

  AFFIRMED.

WOLF, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ricky Chitty, pro se, Appellant.

Ashley Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.